Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Weltman, Weinberg & Reis Co., LPA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA QUINN, individually and on behalf of all and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELTMAN, WEINBERG & REIS, CO., LPA,<br><br>Defendant. | Case No. 2:18-cv-01909-JAD-CWH<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint filed:  October 3, 2018 |

    PLEASE TAKE NOTICE that Plaintiff Sylvia Quinn and Defendant Weltman, Weinberg & Reis, Co., LPA have reached a tentative settlement.  The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Defendant, with prejudice, within 60 days.  Plaintiff requests that all pending dates and filing requirements as to

Defendant be vacated and that the Court set a deadline sixty days from the present date for filing a dismissal as to Defendant.

Dated this 15th day of April 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com |
| **HAINES & KRIEGER, LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Shawn W. Miller, Esq.<br>Nevada Bar No. 7825<br>Email: dkrieger@hainesandkrieger.com<br>Email: ghaines@hainesandkrieger.com<br>Email: smiller@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | *Counsel for Defendant*<br>*Weltman, Weinberg & Reis Co, LPA* |

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

2 of 2