# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SYLVIA QUINN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WELTMAN, WEINBERG & REIS CO, LPA,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-01909-JAD-CWH<br><br>**ORDER** |

On April 15, 2019, the parties notified the court they have reached a settlement and stated that a stipulated dismissal would be filed within 60 days. (Notice (ECF No. 16).) To date, the parties have not submitted a stipulated dismissal.

IT IS THEREFORE ORDERED that the parties must file a stipulated dismissal or joint status report within 30 days from the date of this order. Failure to timely comply with this order will result in the issuance of an order to show cause.

DATED: July 29, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　C.W. HOFFMAN, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE