Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA QUINN,<br><br>          Plaintiff,<br><br>vs.<br><br>WELTMAN, WEINBERG & REIS CO, LPA,<br><br>          Defendant. | Case No.: 2:18-cv-01909-JAD-DJA<br><br>**STIPULATION AND ORDER DISMISSING WELTMAN, WEINBERG & REIS CO., LPA, WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff Sylvia Quinn ("Plaintiff") and Defendant Weltman, Weinberg & Reis Co., LPA ("WWR") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and WWR to be determined

STIPULATION AND ORDER DISMISSING WELTMAN, WEINBERG & REIS CO., LPA, WITH PREJUDICE - 1

by the Court, and WWR is the only defendant.  Plaintiff hereby stipulates that all of her claims and causes of action against WWR, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

  IT IS SO STIPULATED.
  Dated August 27, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| 5510 So. Fort Apache Rd, Suite 30 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, NV 89148 | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| | |
| **HAINES & KRIEGER LLC** | *Counsel for Defendant* |
| David H. Krieger, Esq. | *Weltman, Weinberg & Reis Co., LPA* |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Las Vegas, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF WELTMAN, WEINBERG & REIS CO., LPA,

## WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this ____ day of _____ 2019.

STIPULATION AND ORDER DISMISSING WELTMAN, WEINBERG & REIS CO., LPA, WITH PREJUDICE - 2